UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ANDREW TORO, on behalf of himself and all others similarly situated,

          Plaintiff,

-v-

KAGAN PROFESSIONAL DEVELOPMENT, INC.,

          Defendant.

CIVIL ACTION NO.: 23 Civ. 1073 (JHR) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

Pursuant to the telephonic initial case management conference held today, June 16, 2023, entry of an initial case management plan is held in abeyance pending the settlement conference that will be scheduled for August 1, 2023. The settlement conference will be scheduled by separate order.

Dated:     New York, New York
             June 16, 2023

SO ORDERED.

_____
**SARAH L. CAVE**
**United States Magistrate Judge**