UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ANDREW TORO, on behalf of himself and all others similarly situated,

          Plaintiff,

-v-

KAGAN PROFESSIONAL DEVELOPMENT, INC.,

          Defendant.

CIVIL ACTION NO. 23 Civ. 1073 (JHR) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

The Court congratulates the parties on their settlement. (ECF No. 19). By **August 28, 2023**, the parties shall file a stipulation of dismissal for the attention of the Honorable Jennifer H. Rearden. The settlement conference scheduled for August 1, 2023 is CANCELLED.

The Clerk of Court is respectfully directed to terminate the conference scheduled for August 1, 2023.

Dated:     New York, New York
             July 28, 2023

SO ORDERED.

_____
**SARAH L. CAVE**
**United States Magistrate Judge**